Carmine R. Zarlenga
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 263-3000
czarlenga@mayerbrown.com

Bennet Kelley
INTERNET LAW CENTER
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
Telephone: (310) 452-0401
Facsimile: (702) 924-8740
bkelley@internetlawcenter.net
(*Pro Hac Vice* Forthcoming)

Attorneys for Avarus

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DRIPS HOLDINGS, LLC, <br> Plaintiff, <br><br> vs. <br><br> TELEDRIP LLC, f/k/a DRIPS.IO, et al., <br> Defendant. | Case No.: 5:19-CV-02789 <br><br> Judge John R. Adams <br><br> **CERTIFICATION PURSUANT TO LOCAL RULE 37.1** |

  While Avarus is neither a party to this action nor is it the party seeking the disputed discovery, nonetheless in the spirit of Local Rule 37.1, the undersigned hereby certifies that prior to filing of Avarus' Motion to Quash for an Order pursuant to Rule 45(d)(3) quashing or modifying Defendant Teledrip, LLC's subpoena to third-party Namecheap, that counsel for Avarus made a good-faith attempt to resolve the dispute necessitating said Motion. Such efforts included telephone calls and email correspondence with counsel for Teledrip, LLC and

correspondence with Namecheap, Inc. between June 11 and June 23, 2020. Despite undertaking these sincere attempts to resolve the dispute, resolution could not be had.

| | |
|---|---|
| Dated: June 25, 2020 | Respectfully submitted,<br><br>**MAYER BROWN LLP**<br><br>BY /s/ carmine r. zarlenga<br><br>Carmine R. Zarlenga<br>1999 K Street, N.W.<br>Washington, D.C. 20006<br><br>Attorneys for Avarus |