IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DRIPS HOLDINGS, LLC,<br>Plaintiff,<br><br>vs.<br><br>TELEDRIP LLC, f/k/a DRIPS.IO, et al.,<br>Defendant. | Case No.: 5:19-CV-02789<br><br>**PROPOSED ORDER ON THIRD-PARTY AVARUS' MOTION TO QUASH OR MODIFIY DEFENDANT TELEDRIP, LLC'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION TO NAMECHEAP, INC. AND/OR FOR A PROTECTIVE ORDER** |

Having considered third-party Avarus' Motion to Quash for an Order pursuant to Rule 45(d)(3) quashing or modifying Defendant Teledrip, LLC's subpoena to third-party Namecheap, Inc. involving Avarus' confidential and proprietary information, or, in the alternative, for a protective order pursuant to Rule 26(c) and good cause having been shown;

IT IS HEREBY ORDERED AS FOLLOWS:

(1) Avarus' Motion to Quash and/or for a Protective Order is GRANTED as provided herein.

(2) Namecheap, Inc. is directed to only produce to Teledrip, LLC documents from the Avarus account that are (i) sufficient to identify the account holder; and (ii) to identify the DNS history for drip.cm.

(3) Before making any production, however, Namecheap shall permit Avarus, through its counsel, three (3) business days to review the production in order that

it may designate any responsive documents in accordance with the Protective Order in this action.

(4) In addition, the Order should permit Avarus time to review and designate all documents in accordance with the Protective Order dated April 2, 2020.

**SO ORDERED:**

_____

JOHN R. ADAMS

UNITED STATES DISTRICT JUDGE

Date: _____