## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| DRIPS HOLDINGS, LLC,<br>Plaintiff,<br><br>vs.<br><br>TELEDRIP LLC, f/k/a DRIPS.IO, et al.,<br>Defendant. | Case No.: 5:19-CV-02789<br><br>**SUPPLEMENTAL DECLARATION OF ADAM YOUNG** |

I, ADAM YOUNG, declare as follows:

    1.    I am Chief Executive Officer of Avarus. The matters set forth in this declaration are known to me of my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

    2.    Avarus was incorporated on February 28, 2014 in Wyoming but was subsequently administratively dissolved. I tried multiple times to contact the Wyoming Secretary of State's office to resolve this matter and revive the entity but was unable to reach anyone to speak with. Our resident agent advised me that, in the interim, it would be easier to reincorporate under the Avarus name rather than revive the prior entity due to the unresponsiveness of the Wyoming Secretary of State's office during the pandemic. As a result, on June 9, 2020, Avarus was reincorporated as a Wyoming corporation. I am the Chief Executive Officer for both Avarus entities. Attached hereto as Exhibits A and B are true and correct copies of each entity's profile with the Wyoming Secretary of State.

3. The Namecheap, Inc. account at issue in this subpoena, has always been an Avarus account, as it was paid for and managed by Avarus from its inception.

4. Avarus provided DNS services for drips.cm and is responsible for the error that led to its redirection to teledrip.com. I have communicated this fact to the management team for both Plaintiff Drips Holdings, LLC and Teledrip, LLC with whom I am acquainted, and my counsel also has communicated this to counsel for Teledrip.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 11, 2020 in Milford, Michigan.

_____
Adam Young