# EXHIBIT A

# STATE OF WYOMING ∗ SECRETARY OF STATE
# EDWARD A. BUCHANAN
# BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Avarus** | | |
| **Filing ID** | **2014-000660376** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Archived |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Delinquent |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 03/05/2014 3:01 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 05/09/2017 |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 50,000 | Preferred Shares | | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

### Principal Address

1621 Central Ave
Cheyenne, WY 82001

### Mailing Address

1621 Central Ave
Cheyenne, WY 82001

### Registered Agent Address

No Agent
No Office
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Steve Morrison |

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Avarus** | | | |
|---|---|---|---|---|
| **Filing ID** | **2014-000660376** | | | |
| Type | Profit Corporation | | Status | Inactive - Administratively Dissolved (Tax) |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2016 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 02434566 |
| AR Date | 2/24/2016 12:59 PM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|
| Secretary | Adam Young  1621 Central Ave, Cheyenne, WY 82001 USA |

### Principal Address

1621 Central Ave
Cheyenne, WY 82001

### Mailing Address

1621 Central Ave
Cheyenne, WY 82001

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 02434562 | Original | 02/24/2016 | 2015 | $50.00 |
| 02434566 | Original | 02/24/2016 | 2016 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2019-002552281 | System Archive | 05/10/2019 |
| | Filing Sub Status Changed  From: Current  To: Archived | |
| 2018-002287222 | RA Resignation | 04/25/2018 |
| 2017-002092836 | RA Name/Address Change | 06/30/2017 |
| 2017-002056979 | Dissolution / Revocation - Tax | 05/09/2017 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 05/09/2017 | |
| 2017-002024680 | Delinquency Notice - Tax | 03/02/2017 |
| 2016-001859014 | Reinstatement - Tax | 02/24/2016 |
| | Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active | |
| 2016-001857217 | RA Name/Address Change | 02/16/2016 |
| 2016-001857214 | RA Name/Address Change | 02/16/2016 |

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Avarus** | | |
| **Filing ID** | **2014-000660376** | | |
| Type | Profit Corporation | Status | Inactive - Administratively Dissolved (Tax) |

Registered Agent # Changed  From: 0193901  To: 0188152

Registered Agent Organization Name Changed  From: 29DollarAgent.com, Inc.  To: WyomingRegisteredAgent.com Inc.

Registered Agent Physical Address 1 Changed  From: 109 E 17th St Ste 4  To: 1621 Central Ave

Principal Address 1 Changed  From: 109 E 17th St Ste 4  To: 1621 Central Ave

2015-001728729   Dissolution / Revocation - Tax                              05/09/2015

Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)

Inactive Date Changed  From: No Value  To: 05/09/2015

2015-001706559   Delinquency Notice - Tax                                    03/02/2015

See Filing ID      Initial Filing                                            03/05/2014