# EXHIBIT B

## STATE OF WYOMING ✻ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020

Phone 307-777-7311

Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | Avarus | | |
| Filing ID | 2020-000921774 | | |
| Type | Profit Corporation | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 06/09/2020 3:49 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 50,000 | Preferred Shares | 0 | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

| Principal Address | Mailing Address |
|---|---|
| 1621 Central Ave | 1621 Central Ave |
| Cheyenne, WY 82001 | Cheyenne, WY 82001 |

### Registered Agent Address

Wyoming Registered Agent
1621 Central Ave
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Wyoming Registered Agent 1621 Central Ave, Cheyenne WY 82001 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

### Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | Avarus | | |
| Filing ID | 2020-000921774 | | |
| Type | Profit Corporation | Status | Active |

### Amendment History

| ID | Description | Date |
|---|---|---|
| See Filing ID | Initial Filing | 06/09/2020 |