IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| DRIPS HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> TELEDRIP LLC, f/k/a DRIPS.IO, et al., <br><br> Defendants. | CASE NO.: 5:19-CV-02789 <br><br> JUDGE JOHN R. ADAMS <br><br> MAGISTRATE JUDGE CARMEN E. HENDERSON |

**March 29, 2021 JOINT STATUS REPORT**

Plaintiff-Counterdefendant Drips Holdings, LLC ("Drips Holdings") and Defendant-Counterclaimant Teledrip, LLC, by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's November 20, 2020 Amended Scheduling Order (DE 66).

**Current State of Discovery**

The parties have exchanged several sets of written discovery and have produced documents. Two non-party depositions have been taken by Drips. The parties have both issued a number of documents subpoenas to non-parties and are working with those non-parties to help them in the document production process. The parties also are in the process of working with the

large number of non-party fact witnesses to secure their depositions, which has created scheduling difficulties. Drips has noticed the depositions of Teledrip and its key employees for May 4-7, 2021 in Orange County, California. Teledrip intends to object to in-person depositions until such a time as its clients have been vaccinated against Covid-19. Both parties have objections to the other's designation of documents Attorney's Eyes Only, which may complicate deposition scheduling.

**Motions**

Defendant Taylor Murray filed a motion to dismiss the Third Amended Complaint on December 4, 2020. Plaintiff Drips Holdings filed a Motion for a Protective Order on March 12, 2021 and an Appeal of the Emergency Motion for a Protective Order on March 17, 2021. All of these motions are pending.

**Settlement Status**

Defendants presented Plaintiff with a Settlement Offer on March 9, 2021. Plaintiff has not yet replied to this Offer.

Dated: March 29, 2021

Respectfully submitted,

/s/Christina J. Moser
Deborah A. Wilcox (0038770)
Email: dwilcox@bakerlaw.com
Christina J. Moser (0074817)
Email: cmoser@bakerlaw.com
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
Facsimile: 216.696.0740

Uri Litvak (admitted *pro hac vice*)
Litvak Law Group, PC
2424 SE Bristol St., Ste. 300
Newport Beach, CA 92660-0764
(949) 477-4900 (telephone)
(949) 335-7113 (facsimile)

12586449.1
12588834.1
12589050.1

ulitvak@litvaklawgroup.com

Attorneys for DRIPS HOLDINGS, LLC


<u>/s/ Margo N. Uhrman (by consent)</u>
Nathan B. Webb (0084506)
nwebb@hahnlaw.com
Christopher R. Butler (0093569)
cbutler@hahnlaw.com
Margo N. Uhrman
muhrman@hahnlaw.com
200 Public Square, Suite 2800
Cleveland, OH 44114-2316
Phone: 216.621.0150
Fax: 216.241.2824

Jeffrey A. Yeager (0068062)
jyeager@hahnlaw.com
65 E. State Street, Suite 1400
Columbus, OH 43215
Phone: 614.233.5128
Fax: 614.233.5167

Attorneys for TELEDRIP LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on counsel of record in this case via the Court's Electronic Filing System.

<u>/s/Christina J. Moser</u>
Counsel for Plaintiff

12586449.1
12588834.1
12589050.1