# EXHIBIT 3

# Margo N. Uhrman

| | |
|---|---|
| **From:** | Moser, Christina J. <cmoser@bakerlaw.com> |
| **Sent:** | Tuesday, February 16, 2021 3:00 PM |
| **To:** | Nathan Webb |
| **Cc:** | Jeffrey Yeager; _217186_00002_ Drips Holdings v_ Teledrip Letters to Drips; Margo N. Uhrman; Wilcox, Deborah; Uri Litvak |
| **Subject:** | [EXTERNAL] RE: Drips v. Teledrip [IWOV-Clevelan.FID1962880] |
| **Attachments:** | ATTORNEYS EYES ONLY jpeg versions.zip |

Nathan,

This responds to your letter from yesterday.  Regarding the image of the Drips workflow that is in Drips' interrogatory responses and produced as DRIPS0033276, it is a screenshot.  I've attached native versions of the jpeg (and related screenshots showing the workflow), but I don't know how much clearer they will be.  Regarding your request for metadata, as you remarked to us on May 27, 2020, "The 'Report of the Parties Planning Meeting Under Fed. R. Civ. P. 26(f)' does not require us to produce metadata.  That document states that 'General ESI production requests under Federal Rules of Civil Procedure 34 and 45 shall not include metadata absent a showing of good cause.'"  I don't appreciate the insinuation that Drips has somehow neglected its duties under that Order by not providing metadata or agree that the metadata associated with the identified files will provide you with useful information on when the underlying advertisements were created or that those dates are relevant to any of the claims or defenses in this case.  Nevertheless, we will provide metadata associated with the images – specifically, to the extent available, the creation date, last modified date, and author.  Regarding your misleading and incorrect claim that Drips has improperly designated documents, our interrogatory response de-designated any documents to the extent they were non-confidential.  We will produce images incorporating the de-designations, to the extent they haven't already been provided.  None of the other confidentiality designations of the documents identified in our interrogatory responses will be changed, as I reviewed them myself and they relate to customer specific pitches and other confidential material.

Also, following up on the subpoena for Mr. Murray's telephone records with Verizon, we do not accept Teledrip's demand to first redact the records.  There can be nothing privileged in communication logs.  While we will limit our request to only the relevant phone numbers, there is no basis for Teledrip to demand the ability to unilaterally redact the information.  You may designate it AEO under the protective order in advance, and we can discuss less-confidential treatment of the information relevant to the identified numbers when we see what is produced.  Furthermore, in addition to our earlier request for records relating to 330-564-7338,513-375-0512, 760-525-0307,949-537-6063, and/or 248-762-0668, we will also be adding 949-312-0182, 281-217-4608, and 248-762-0668 to our subpoena.  We plan to serve that subpoena on Wednesday, so please provide the relevant consent by tomorrow.

Next, we request a meet and confer within the next seven days to discuss Teledrip's recent requests for production.  Many/most of them are grossly overbroad and seek information that is not even tangentially relevant to this case.  Please provide a few times when you are available.

Finally, let me know if you want to have a call before the conference with the magistrate tomorrow to discuss how we plan to argue the motion.

Regards,
Christina

**Christina Moser**
Partner

BakerHostetler

Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114-1214
T +1.216.861.7818

cmoser@bakerlaw.com
bakerlaw.com



---

**From:** Margo N. Uhrman <muhrman@hahnlaw.com>
**Sent:** Monday, February 15, 2021 4:00 PM
**To:** Moser, Christina J. <cmoser@bakerlaw.com>; Wilcox, Deborah <DWilcox@bakerlaw.com>; Uri Litvak <Ulitvak@litvaklawgroup.com>
**Cc:** Nathan Webb <NWebb@hahnlaw.com>; Jeffrey Yeager <jyeager@hahnlaw.com>; _217186_00002_ Drips Holdings v_ Teledrip Letters to Drips <{F1962880}.Clevelan@cle-dms4.it.hahnlaw.com>
**Subject:** Drips v. Teledrip [IWOV-Clevelan.FID1962880]

[External Email: Use caution when clicking on links or opening attachments.]

Christina,

Please see the attached letter.

Margo



**Margo N. Uhrman** | Associate
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (216) 274-2464 | Fax: (216) 297-4185
muhrman@hahnlaw.com | hahnlaw.com
200 Public Square, Suite 2800 | Cleveland, OH 44114

Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.

This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**\*\*\*NOTICE\*\*\* This came from an external source. Use caution when replying, clicking links, or opening attachments.**