# EXHIBIT 4

| Bates Beg | Bates End | Created Date/Time | Last Modified Date/Time | Author |
|---|---|---|---|---|
| DRIPS000273 | DRIPS000273 | | 6/18/2020 0:56 | |
| DRIPS000304 | DRIPS000304 | 6/17/2020 23:48 | 6/17/2020 23:49 | cmoser |
| DRIPS000317 | DRIPS000317 | | 2/24/2020 16:08 | |
| DRIPS000318 | DRIPS000318 | | 2/24/2020 16:08 | |
| DRIPS000321 | DRIPS000321 | | 2/24/2020 16:08 | |
| DRIPS000351 | DRIPS000351 | | 2/24/2020 16:08 | |
| DRIPS000352 | DRIPS000352 | | 2/24/2020 16:08 | |
| DRIPS000353 | DRIPS000353 | | 2/24/2020 16:08 | |
| DRIPS000354 | DRIPS000354 | | 2/24/2020 16:08 | |
| DRIPS000390 | DRIPS000390 | 6/21/2020 0:28 | 6/19/2020 20:16 | |
| DRIPS000860 | DRIPS000865 | 6/22/2020 21:02 | 6/23/2020 0:59 | |
| DRIPS001486 | DRIPS001491 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS001496 | DRIPS001501 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS001505 | DRIPS001510 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS001511 | DRIPS001515 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS001626 | DRIPS001626 | 7/14/2017 23:39 | 7/15/2017 0:38 | |
| DRIPS001679 | DRIPS001684 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS001698 | DRIPS001702 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS001714 | DRIPS001719 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS001751 | DRIPS001756 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS001760 | DRIPS001765 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS001776 | DRIPS001781 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS001796 | DRIPS001801 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS002341 | DRIPS002345 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS002346 | DRIPS002351 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS002496 | DRIPS002496 | 7/14/2017 23:39 | 7/15/2017 0:38 | |
| DRIPS002630 | DRIPS002635 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS002640 | DRIPS002645 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS004734 | DRIPS004739 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS004774 | DRIPS004779 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS004789 | DRIPS004789 | 4/24/2018 15:05 | 4/24/2018 15:05 | |
| DRIPS004919 | DRIPS004924 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS004929 | DRIPS004934 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS004962 | DRIPS004967 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS004973 | DRIPS004978 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS004994 | DRIPS004999 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS005035 | DRIPS005040 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS005045 | DRIPS005050 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS005056 | DRIPS005061 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS005082 | DRIPS005087 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS005089 | DRIPS005094 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS005228 | DRIPS005233 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS005247 | DRIPS005251 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS005260 | DRIPS005265 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS005266 | DRIPS005270 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS005310 | DRIPS005315 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS005316 | DRIPS005320 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS005350 | DRIPS005354 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS005361 | DRIPS005366 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS005499 | DRIPS005499 | 7/14/2017 23:39 | 7/15/2017 0:38 | |

| | | | | |
|---|---|---|---|---|
| DRIPS005502 | DRIPS005502 | 7/14/2017 23:39 | 7/15/2017 0:38 | |
| DRIPS005623 | DRIPS005628 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS005633 | DRIPS005637 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS005638 | DRIPS005643 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS005761 | DRIPS005766 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS005767 | DRIPS005771 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS007753 | DRIPS007760 | 9/18/2019 20:13 | 9/18/2019 20:13 | Dev |
| DRIPS008684 | DRIPS008689 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS010472 | DRIPS010472 | | | Taylor Shackleford |
| DRIPS011217 | DRIPS011222 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS013768 | DRIPS013773 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS013795 | DRIPS013795 | 7/14/2017 23:39 | 7/15/2017 0:38 | |
| DRIPS013824 | DRIPS013828 | 5/13/2016 8:27 | 5/13/2016 10:24 | |
| DRIPS013829 | DRIPS013834 | 8/18/2016 10:47 | 8/18/2016 12:05 | |
| DRIPS014831 | DRIPS014836 | 4/17/2017 13:24 | 3/30/2018 14:42 | |
| DRIPS014915 | DRIPS014915 | 4/24/2018 15:05 | 4/24/2018 15:05 | |
| DRIPS014982 | DRIPS014982 | 4/24/2018 15:05 | 4/24/2018 15:05 | |
| DRIPS015451 | DRIPS015463 | 6/2/2020 15:41 | 6/2/2020 15:41 | Jonathan Pogact |
| DRIPS017179 | DRIPS017184 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS017273 | DRIPS017285 | 6/2/2020 15:41 | 6/2/2020 15:41 | Jonathan Pogact |
| DRIPS018453 | DRIPS018453 | 4/24/2018 15:05 | 4/24/2018 15:05 | |
| DRIPS018646 | DRIPS018651 | 4/17/2017 13:24 | 3/30/2018 14:42 | |
| DRIPS018673 | DRIPS018678 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS018689 | DRIPS018689 | 4/24/2018 15:05 | 4/24/2018 15:05 | |
| DRIPS018905 | DRIPS018933 | 5/24/2019 14:10 | 5/24/2019 14:10 | |
| DRIPS019132 | DRIPS019160 | 6/12/2019 13:50 | 6/12/2019 13:51 | Jonathan Pogact |
| DRIPS019163 | DRIPS019191 | 5/24/2019 14:10 | 5/24/2019 14:10 | |
| DRIPS019193 | DRIPS019221 | 5/24/2019 14:10 | 5/24/2019 14:10 | |
| DRIPS019265 | DRIPS019270 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019277 | DRIPS019282 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019357 | DRIPS019362 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019384 | DRIPS019389 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019429 | DRIPS019434 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019445 | DRIPS019450 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019459 | DRIPS019464 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019483 | DRIPS019488 | 3/14/2018 17:31 | 6/6/2018 13:19 | |
| DRIPS019540 | DRIPS019545 | 4/20/2018 13:23 | 6/13/2018 16:17 | |
| DRIPS019556 | DRIPS019560 | 4/20/2018 13:23 | 6/13/2018 16:34 | |
| DRIPS019780 | DRIPS019785 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019833 | DRIPS019838 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS019931 | DRIPS019936 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS020015 | DRIPS020020 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS020595 | DRIPS020600 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS020617 | DRIPS020622 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS020766 | DRIPS020771 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS020884 | DRIPS020889 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS020945 | DRIPS020950 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS020970 | DRIPS020975 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS021009 | DRIPS021014 | 3/14/2018 17:31 | 3/14/2018 17:31 | |
| DRIPS021034 | DRIPS021039 | 4/17/2017 13:24 | 6/12/2018 10:06 | |
| DRIPS021073 | DRIPS021078 | 3/14/2018 17:31 | 3/14/2018 17:31 | |

| | | | |
|---|---|---|---|
| DRIPS021116 | DRIPS021121 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS021698 | DRIPS021703 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022016 | DRIPS022021 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022030 | DRIPS022035 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022041 | DRIPS022046 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022057 | DRIPS022062 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022065 | DRIPS022070 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022082 | DRIPS022087 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022098 | DRIPS022103 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022137 | DRIPS022142 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022146 | DRIPS022151 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022156 | DRIPS022161 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022177 | DRIPS022182 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022186 | DRIPS022191 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022203 | DRIPS022208 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022220 | DRIPS022225 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022229 | DRIPS022234 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022248 | DRIPS022253 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022460 | DRIPS022465 | 4/17/2017 13:24 | 6/12/2018 10:06 |
| DRIPS022474 | DRIPS022478 | 4/20/2018 13:23 | 6/13/2018 16:34 |
| DRIPS022503 | DRIPS022508 | 3/14/2018 17:31 | 6/6/2018 13:19 |
| DRIPS022519 | DRIPS022524 | 4/20/2018 13:23 | 6/13/2018 16:17 |
| DRIPS022589 | DRIPS022594 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS022614 | DRIPS022619 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS023885 | DRIPS023913 | 5/24/2019 14:10 | 5/24/2019 14:10 |
| DRIPS025803 | DRIPS025808 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS026719 | DRIPS026732 | 4/28/2020 19:18 | 4/28/2020 19:18 |
| DRIPS030175 | DRIPS030180 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS030185 | DRIPS030190 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS030653 | DRIPS030681 | 5/24/2019 14:10 | 5/24/2019 14:10 |
| DRIPS030900 | DRIPS030905 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS030910 | DRIPS030915 | 3/14/2018 17:31 | 3/14/2018 17:31 |
| DRIPS031388 | DRIPS031393 | 3/14/2018 17:31 | 3/14/2018 17:31 |