# EXHIBIT 9

# Margo N. Uhrman

| | |
|---|---|
| **From:** | Margo N. Uhrman |
| **Sent:** | Tuesday, June 22, 2021 1:00 PM |
| **To:** | 'Moser, Christina J.'; Wilcox, Deborah; Uri Litvak; Spring, Sarah; Hartman, Ruth |
| **Cc:** | Jeffrey Yeager; Nathan Webb; Alexey van Groshev |
| **Subject:** | Drips v. Teledrip - Deficiencies and Production |

Christina,

We still have not heard from you regarding all of the items in our June 8, 2021 deficiency letter.  You have not produced updated versions of your interrogatories or produced relevant text messages.  Additionally, your paralegal never reached out to Alexey regarding producing the native versions of your marketing documents.  Please respond on these items asap.  Alexey is CC'd here and his email address is AGroshev@hahnlaw.com.

Additionally, below is a link to a production of documents:
External URL:
https://hahnloeser-my.sharepoint.com/:f:/g/personal/agroshev_hahnlaw_com/EpSpHeNpesVFoA7LweYd6EgB6xdAehKbFDXedjEuZkWYig?e=wWzeRv
Expires: Saturday Jul 31 2021

Margo



**Margo N. Uhrman** | Associate
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (216) 274-2464 | Fax: (216) 297-4185
muhrman@hahnlaw.com | hahnlaw.com
200 Public Square, Suite 2800 | Cleveland, OH 44114

Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.

This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.