# EXHIBIT 10

# teledrip

## CONVERT MORE LEADS

### MULTI CHANNEL DRIP CAMPAIGNS

Use our campaign builder to automate follow up through multiple channels.


**OUTBOUND CALLS**
Call your prospects with pre-recorded messages on a schedule and transfer them to live agents.


**INTELLIGENT SMS**
Text messages get sent to your prospects on a schedule. Our A.I. will handle incoming responses.


**INBOUND ROUTING**
Setup IVR to handle incoming calls. Trigger different IVR's based on actions or time of day.


**EMAIL**
Design beautiful and peronalized emails and drip them out to your customers on a schedule.


**WORKFORCE AUTOMATION**
Increase efficiency in your sales process by reducing tedious emailing and outbound dialing.


**SIMPLE API**
Post leads into the system easily. Update conversion data on leads for accurate reporting.

## AUTOMATE FOLLOW UP

### DESIGN YOUR CUSTOM DRIP


John visits your website or ad.


He fills out a form requesting more information.


John instantly receives a text message. Is now a good time to talk?


John says he's at work right now. Can we call him after 6pm?


Teledrip.com's A.I. will schedule the call


John gets a call at 6pm. He is ready to hear more!


John is connected with a live agent.


It's a great time to talk. John is ready to buy!

DRIPS001626

| COMMON | |
|---|---|
| [Meta] File Name | teledrip-flyer-back.png |
| [Meta] File Application | Portable Network Graphic |
| [Meta] Date Created | 4/22/2020 |
| [Meta] Date Created Time | 1:19:24 PM |
| [Meta] Date Modified | 7/20/2017 |
| [Meta] Date Modified Time | 12:02:54 AM |
| [Meta] Date Accessed | 4/22/2020 |
| [Meta] Date Accessed Time | 1:19:24 PM |
| [Meta] File Size (bytes) | 7220510 |
| [Meta] File Extension - Original | png |
| [Meta] Original Full Path | /Print/Leadscon NY (2017) |
| **PNG** | |
| Image Width | 2556 |
| Image Height | 3298 |
| Bit Depth | 8 |
| Color Type | RGB |
| Compression | Deflate/Inflate |
| Filter | Adaptive |
| Interlace | Noninterlaced |
| **PNG-pHYs** | |
| Pixels Per Unit X | 11811 |
| Pixels Per Unit Y | 11811 |
| Pixel Units | meters |
| **COMPOSITE** | |
| Image Size | 2556x3298 |
| Megapixels | 8.4 |