# Exhibit 4



Page 1

1      IN THE UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF OHIO

3           AKRON DIVISION

4         CASE NO.: 5:19-CV-027890

5

6    -------------------------------------------

7    DRIPS HOLDINGS, LLC,

8          Plaintiff,

9        -vs-

10   TELEDRIP LLC, f/k/a DRIPS.IO, et al.,

11          Defendant.

12   -------------------------------------------

13

14

15

16      CONTAINS ATTORNEYS' EYES ONLY PORTIONS

17        REMOTE VIDEOTAPED DEPOSITION

18            OF CHRIS MOREIRA

19        JUNE 23, 2020 - 3:07 P.M. EDT

20

21

22

23

24

25    JOB NO. 2020-86756

Page 22

1          CHRIS MOREIRA

2     this industry in particular, knew the

3     trade shows to go to, knew the customers,

4     and knew how to build the software, knew

5     what he was doing.

6          Q    Did he mention what stage of

7     development his software was at when you

8     first spoke with him?

9          A    He said it was ready to go to

10    market.  I believe we had -- or he had,

11    you know, at that time was working with

12    one customer but that it was -- you know,

13    it was enough to take to market, so like

14    a minimum viable product.

15         Q    Which customer did he say he was

16    working with at that time?

17         A    I don't know if he said until I

18    came on board, but it was Element Netwrx.

19         Q    Did he mention when he first

20    started working with Element Netwrx?

21         A    So Element Netwrx was a

22    gentleman by the name of John Budd.  And

23    he had mentioned that him and John Budd

24    had worked together in the past; that he

25    was very experienced in the industry, had

1        CHRIS MOREIRA

2    been in the sort of lead gen outbound

3    marketing vertical for quite some time

4    and was helping sort of -- you know, I

5    believe it was sort of an arrangement

6    where he would get a discount on rates to

7    help with like feedback and give customer

8    feedback on the product.

9      Q    So did he -- did Mr. Murray tell

10    you when he first came up with the idea

11    for this new technology?

12      A    He said -- so the way Taylor

13    framed it for me was that he was actually

14    working for a company called CallTools at

15    the time.  He wanted to build an SMS

16    product for them within their

17    organization, and that they did not want

18    to do it, and he thought it was such a

19    good idea that he was going to build it

20    anyway.

21      Q    Did he mention when he first

22    started building it?

23      A    I don't think so exactly.  I

24    can't pinpoint, like, when he said he

25    started building it.  But when we met, it

Page 24

1        CHRIS MOREIRA

2    was a -- it was a viable product.

3      Q   Okay.

4        You mentioned earlier that

5    Mr. Murray had indicated this was his

6    fifth or sixth company.

7        What other companies did he

8    mention having started before?

9      A   So he had, I believe, a

10   vaporizer company, like a website.  He

11   had done, you know, ring tones; all kinds

12   of digital media, digital marketing,

13   outbound systems.  The company he was

14   with, I guess he helped build their

15   entire phone system, their dialer system.

16        So, you know, I was very

17   impressed with his sort of resume.  You

18   know, we were at the time living in

19   Southern California.  He had a Tesla, a

20   nice house in San Clemente and I was sort

21   of aspiring to -- to all that.

22      Q   Okay.

23        Did he mention specifically what

24   Mr. Budd's contribution was to the

25   company back in -- when you were first

1          CHRIS MOREIRA

2    joining in or around March 2017?

3          MR. WEBB:  Objection.

4       Assumes facts not in evidence.

5          MS. MOSER:  You can go ahead

6       and answer, if you understand the

7       question.

8          THE WITNESS:  Okay.  So I

9    didn't really understand John

10      Budd's role until he received

11       equity which was probably a few

12       months, four to six months after I

13       joined.

14   BY MS. MOSER:

15     Q   Okay.

16        Did you -- do you recall when

17   you first heard about John Budd?

18     A   Well, I believe, you know, when

19   we were starting the company and thinking

20   about names and thinking about what we

21   were going to do, you know, he had

22   mentioned that his friend knew, you know,

23   some solid customers, and had background.

24   So he didn't mention John Budd, but I

25   came to learn John Budd was the first

1          CHRIS MOREIRA

2     customer at Element Netwrx.

3          But that was probably when I

4     started, you know, he said, We have a

5     customer, he knows the industry really

6     well and he's been in lead gen for a long

7     time, so this is John Budd.

8     Q   Have you met Mr. Budd in person?

9     A   I have not.

10     Q   Have you spoken with him on the

11     phone?

12     A   I have, yep.

13     Q   Do you recall when you first

14     spoke with him on the phone?

15     A   You know, we talked with --

16     Taylor and I would talk with John Budd in

17     the very early stages about customers

18     who, you know, the industry, lead --

19     LeadsCon, you know, who -- the industry

20     make-up.

21          Because again, I -- I had no

22     experience in, you know, lead generation,

23     digital marketing, outbound dialing.  I

24     didn't really know the space at all, and,

25     you know, John had apparently been

Page 27

1         CHRIS MOREIRA

2    involved in that industry for years, so

3    he knew the players and the game.

4         It's not a giant industry.  So,

5    you know, there's key players that are

6    influential in both the lead gen side,

7    the platform side, the marketing side.

8    John was pretty informational about that

9    at the beginning from, like, a customer

10    feedback sort of consult -- consultant

11    sort of information.

12        Q   Do you recall when these

13    preliminary telephone calls with Mr. Budd

14    and Mr. Taylor were, when Mr. Budd was

15    sharing his background in providing you

16    general information about the industry?

17        A   So I mean, I think once I really

18    started to say, like, okay, I am going to

19    do this with Taylor, John was very -- you

20    know, like -- hey, I am in TeleDrip now;

21    what are the trade shows?  Who are the

22    players?

23        So it was pretty early on that

24    he was giving just general information.

25        Q   Okay.

Chris Moreira

Page 28

1　　　　　CHRIS MOREIRA

2　　　　What did he tell you about who

3　the players were in the industry?

4　　A　Well, him and Taylor were both

5　adamant that LeadsCon was the sort of

6　epicenter, the -- you know, I have heard

7　people in the industry refer to it as the

8　Super Bowl for lead gen.  It's where

9　everybody in lead gen sort of congregate

10　 in the main trade show that happens twice

11　 a year.

12　　　　So it was like, hey, there's a,

13　 you know, media company, what do you

14　 think of them?  Or there is a lead gen

15　 provider, do you know them?

16　　　　So it was pretty, like, general

17　 information on who was playing with who,

18　 and, you know, what the backgrounds were.

19　　Q　Did Mr. Budd, during these early

20　 discussions, ever mention Drips.com?

21　　A　So he had mentioned that Drips

22　 was a competitor.  Both Taylor and, you

23　 know, John, it was, you know, framed that

24　 these guys were really the only

25　 competition within the industry.

Page 29

1         CHRIS MOREIRA

2      Q    What were you told about Drips

3   early on?

4      A    So when Taylor and I first got

5   together and we decided, hey, this looks

6   like a good opportunity, I am going to

7   get equity and join the team; that Drips

8   was essentially the only -- only person

9   in the market, so there was no

10   competition and that there was nobody

11   else really doing text marketing.

12      Q    Did Mr. Budd say anything about

13   his connection, any connection he might

14   have to Drips?

15      A    So he had mentioned that him and

16   AC were long-time friends; that he knew

17   AC for a long time and that he had -- he

18   had known him for many years.

19      Q    Okay.

20         Did he share anything else

21   personal about his relationship with Mr.

22   Evans?

23      A    Yeah.  So it was probably when

24   Taylor was giving John 10 percent that,

25   you know, I started to learn more just

Page 30

1          CHRIS MOREIRA

2    about their background and kind of how

3    the story of AC and John Budd, and how

4    this all evolved where, you know, John

5    Budd had worked with AC in the early

6    stages of Drips, and that he was sort of

7    the lead gen arm and helped him develop

8    it.

9        Q    What else -- do you recall if

10    these discussions where Mr. Budd talked

11    about his role in Drips were done over

12    the phone or were they in writing?

13        A    What do you mean -- like to me

14    or?

15        Q    Right.

16            How did you -- how did you hear

17    Mr. Budd's background story with Drips?

18        A    Well, first I talked to Taylor

19    about it because I thought, you know, why

20    are we giving this customer 10 percent

21    equity.  I understand he helped -- he

22    helped us a lot with feedback and

23    industry knowledge but, you know,

24    10 percent is a pretty sizable chunk of

25    equity.

Page 31

1          CHRIS MOREIRA

2          So we had a disagreement on

3     whether or not to give John Budd equity,

4     and then Taylor told me sort of how

5     crucial he was in helping him build it.

6     And then on the phone they were

7     discussing, you know, their background,

8     and I guess him and another gentleman

9     that he was working with were supplying

10     the leads so that Drips could get started

11     and that they were using his data to text

12     people on, to sort of develop that

13     software.

14     Q    I see.

15          Did Mr. Murray or Mr. Budd

16     indicate that Mr. Budd had been able to

17     provide any kind of really useful

18     information that helped TeleDrip get

19     started with its own platform?

20     A    I mean, to my knowledge the

21     useful information was really, you know

22     -- for me, was the customer landscape and

23     the industry landscape.  I know they had

24     been working closely in the past, Taylor

25     and John, but Taylor very much kept the

Page 32

1          CHRIS MOREIRA

2    sales side, business development side

3    separated from the development side and

4    sort of the technology side.

5          So, you know, I know John and

6    Taylor worked closely enough for want to

7    give him 10 percent equity.  But as far

8    as specifics on how he helped him create

9    or build something, I wasn't really privy

10    to that information.

11    Q    Okay.

12          So Mr. Murray did not share with

13    you his discussions with Mr. Budd while

14    developing the TeleDrip platform.  Is

15    that accurate?

16          MR. WEBB:  Objection to form.

17    Assumes facts not in evidence.

18          THE WITNESS:  Do I continue

19    or?

20          MS. MOSER:  Yeah, go ahead,

21    if you understand the question.

22          THE WITNESS:  Well, can you

23    repeat the question.

24    BY MS. MOSER:

25    Q    I actually don't remember it

Page 33

1          CHRIS MOREIRA

2    now.  So let me re-ask.

3         I just wanted to confirm my

4    understanding that there was a great deal

5    of interaction between Mr. Budd and

6    Mr. Murray on the technical development

7    side for the TeleDrip platform that they

8    did not share with you.

9         Is that accurate?

10         MR. WEBB:  Objection.

11    Assumes facts not in evidence.

12         THE WITNESS:  So my knowledge

13    when I joined the team and, you

14    know, really throughout, Taylor

15    had maintained that he had built

16    this platform and that John Budd

17    was sort of a customer feedback

18    tester of the platform.  So, you

19    know, Taylor had, you know,

20    expressed to me that he built this

21    out of sort of a denial by his

22    current company who he was a

23    partner with; that that's why he

24    built it because they didn't want

25    to build this SMS product.

1          CHRIS MOREIRA

2          And that John Budd's role, to

3      my knowledge, was really a very,

4      like, sort of feedback loop on the

5      iteration of testing the product

6      and he was like sort of the only

7      user of the product.

8   BY MS. MOSER:

9      Q   Okay.

10         Early on when Mr. Budd was still

11   acquiring equity in TeleDrip, did you

12   hear about any issues or complaints that

13   Mr. Budd had towards Drips or Mr. Evans?

14     A   Yeah.  So I believe it was, you

15   know, as I said, Mr. Budd was sort of in

16   the early stages of helping them develop

17   Drips.  Apparently -- again, this is all

18   like third-party say from a long time

19   ago, so I wasn't there obviously during

20   this -- I didn't even know any of the

21   parties during this time.

22         But apparently years ago when

23   they were first developing Drips, John

24   Budd was sort of helping them start it.

25   He was -- him and his partner were

Page 35

1              CHRIS MOREIRA

2    supposed to get some level of equity.

3    Then they got some level of, like, an

4    indictment or in trouble or something to

5    do with like bad data or their boss --

6    you know, something with, hey, somebody

7    is using bad data.  And then their

8    business sort of went out.  And then the

9    verbal equity they were supposed to

10    receive was not received and didn't go to

11    them and were sort of cut out.

12          MR. WEBB:  I am going to go

13       ahead and object to that as

14       lacking in foundation, and by his

15       own admission hearsay.  Move to

16       strike that testimony.

17    BY MS. MOSER:

18       Q    Is that the information that you

19    heard from Mr. Budd, Mr. Moreira, or did

20    you hear it from Mr. Taylor or from

21    another source?

22       A    I believe I heard that from

23    Taylor.  I didn't talk to John Budd too

24    often, too in-depth, and sort of worked

25    with Taylor.  When I got the background,

1         CHRIS MOREIRA

2     you know, Taylor really expressed that

3     there was that history of they worked

4     together, he was supposed to get equity,

5     he didn't get equity, and then they got

6     cut out somehow.

7         Q    I see.

8            During the period of time that

9     you were first involved with TeleDrip,

10     what name did Mr. Taylor use when

11     interacting with people outside the

12     company?

13         A    So he was using the name Dinesh.

14     So when we got started, you know, he was

15     a partner at CallTools.  So when we were

16     getting everything set up and starting

17     the company, you know, he was expressing

18     that he was going to sell his equity at

19     CallTools, but in the meantime, he wanted

20     to be incognito because they wouldn't

21     want him starting another company.

22            So, you know, I was a little

23     sensitive to that because I was also

24     working for another company when I met

25     Taylor.  And I knew my boss wouldn't want

Page 49

1          CHRIS MOREIRA

2    Mr. Murray, Mr. Hernandez, and Mr. Budd,

3    all contributing --

4          MR. WEBB:  Objection, that

5       misstates the evidence and the

6       testimony.  He said that Budd was

7       not involved in development

8       software, I believe was his

9       testimony.

10          THE WITNESS:  Mike Gomez was

11       another guy who came in later and

12       helped build the software as well,

13       who I believe is still there.  But

14       the main sort of dev team is

15       Mr. Murray, Mr. Hernandez, and

16       Fernandez -- I'm sorry, not

17       Gomez -- Mike Fernandez.

18    BY MS. MOSER:

19       Q   And you indicated that Mr.

20    Budd's feedback or communications with

21    Mr. Murray while he was developing the

22    platform were of such significance that

23    he was given equity in the company?

24          MR. WEBB:  Objection,

25       misstates the testimony.  Assumes

Page 50

1          CHRIS MOREIRA

2     facts not in evidence.

3          THE WITNESS:  Yeah.  I mean,

4     that was my assumption.  So he

5     was, you know, he was there

6     helping him build it and, you

7     know, hey, this isn't working,

8     it's doing this, it's doing that.

9     And was the only customer that

10     sort of paid for usage while, you

11     know, we were able to test the

12     platform.

13    BY MS. MOSER:

14     Q   Do you know when Element Netwrx

15    first started using the TeleDrip

16    platform?

17     A   I don't know exactly.  I mean,

18    as I said, you know, when I arrived it

19    was a viable product and Element Netwrx

20    was using it.  So I don't know exactly

21    when they started testing TeleDrip.

22     Q   Okay.

23          When were you officially hired

24    by TeleDrip, do you recall?

25     A   So that was sort of -- you know,

Page 59

1          CHRIS MOREIRA

2   had actually met Taylor Murray before?

3      A    Yeah, Taylor had mentioned they

4   had met briefly in the past.  But, like,

5   not that they were well known to each

6   other; that they had met through the

7   industry or, you know, just in the same

8   circles.

9      Q    Okay.

10         Had you heard by that time of

11  Ryan Kaufman?

12     A    I had heard of Ryan Kaufman.  So

13  what I had known about Ryan Kaufman was

14  sort of parallel to John Budd.  So the

15  whole, John Budd was an early partner,

16  and then, you know, was the lead gen arm

17  of Drips, and then that went sideways, he

18  was John Budd's partner and that he was

19  part of Taylor's rap group.

20         MR. WEBB:  Objection.

21      Foundation and -- (Audio

22      Distortion.)

23  BY MS. MOSER:

24     Q    What else -- what else were you

25  told about the relationship between

Page 60

1          CHRIS MOREIRA

2     Mr. Murray and Mr. Kaufman?

3          MR. WEBB:  Objection.

4     Hearsay.

5          THE WITNESS:  That they

6     were -- that they were, like,

7     close friends and part of the same

8     rap group.  And you know, they

9     stayed at each other's house, that

10     they were just close friends.

11    BY MS. MOSER:

12     Q   Had Mr. Murray --

13     A   Also that Murray hadn't talked

14    to him in a while either.  I guess he had

15    some sort of problems with substance

16    abuse and that they had sort of -- not a

17    falling out but just had lost touch.

18     Q   Okay.

19          Were you aware that Mr. Kaufman

20    and Mr. Budd were also close personal

21    friends with Mr. Evans?

22          MR. WEBB:  Objection.

23     Leading.  Assumes facts not in

24     evidence.

25          THE WITNESS:  So I knew Mr.

Page 61

1          CHRIS MOREIRA

2     Budd was friends with him for a

3     long time and that he was -- you

4     know, had known him since high

5     school or something like that, and

6     that they worked together, and

7     that Kaufman was Budd's partner.

8          I wasn't really sure about

9     the relationship between Evans and

10      Kaufman, but that Budd and Kaufman

11      were partners and that Budd was

12      good friends with Evans.

13    BY MS. MOSER:

14      Q   Okay.

15          So --

16          MR. WEBB:  Objection.  This

17      is all hearsay.  I will move to

18      strike that on those grounds.

19    BY MS. MOSER:

20      Q   You weren't told that

21    Mr. Kaufman participated in Mr. Evans'

22    wedding ceremonies?

23          MR. WEBB:  Objection.

24      Hearsay.

25    BY MS. MOSER:

Page 62

1          CHRIS MOREIRA

2      Q   I assume.

3      A   I was told Mr. Budd did.  But

4    not -- I wasn't aware of Mr. Kaufman did

5    as well.

6      Q   Okay.

7          Who told you that Mr. Budd was

8    in Mr. Evans' wedding?

9          MR. WEBB:  Objection.

10     Leading.

11         THE WITNESS:  Both Budd and

12      Murray.

13   BY MS. MOSER:

14      Q   Do you recall when they told you

15    that?

16     A   I think --

17         MR. WEBB:  Objection.

18    Hearsay.

19         THE WITNESS:  I think same --

20      same time as around when -- when

21      Taylor was looking to give Budd

22      equity in -- in the company.

23   BY MS. MOSER:

24      Q   Okay.

25          And in your July 29th e-mail to

1        CHRIS MOREIRA

2    insurance company, you know, we would

3    provide a very generic insurance template

4    based off of, like, what somebody else,

5    you know -- another insurance company was

6    successful with that was made generic for

7    them.  And then people would either just

8    go with the generic, which is rare, or

9    sort of go with, like, customize the

10    generic to their offering.

11        Q    Do you know who was responsible

12    for creating the template scripts?

13        A    Well, I got all the initial

14    templates from Taylor.  And then, you

15    know, I would give those to customers and

16    then we hired guys -- a guy named Drake

17    that now runs -- or he used to run the

18    sort of, like, account

19    management/customer support of the

20    campaigns and the customers.

21        Q    Did Mr. Murray explain where he

22    got the templates from?

23        MR. WEBB:  Objection.

24    Hearsay.

25        THE WITNESS:  You know, I

Page 160

1      CHRIS MOREIRA

2    think John -- John Budd was pretty

3    helpful in coming up with those

4    templates since he was already on

5    the platform when -- like I said,

6    when I logged on the first time,

7    he was already a user.  And he had

8    a lot of experience, as well, in

9    multiple campaigns from multiple

10    verticals.

11      MR. WEBB:  I am going on

12    object to lack of foundation as

13    well.

14      THE WITNESS:  Then their

15    customers, as well, would provide

16    templates.  So you know, if we got

17    a customer that was, like, a

18    credit repair customer, they would

19    -- they would give us the

20    template, we would use that

21    template, you know, we would make

22    it generic and then use that until

23    somebody gave us a better one or

24    said, you know, recommended

25    something more -- that would work

Page 215

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2    it with him and then gave me a copy later

3    on.  But I don't think the copy that I

4    have has John Budd on there.

5        MS. MOSER:  Okay.  Sorry, I

6     just have to double check

7     something.

8        Okay.  I am sharing what has

9     been produced as TELEDRIP0000114.

10     And we are going to have it marked

11     as Exhibit 17.

12        (Moreira Exhibit 17,

13        TELEDRIP0000114, is Marked.)

14   BY MS. MOSER:

15     Q    Could you please review

16   Exhibit 17, Mr. Moreira, and let me know

17   when you have had a chance to look at the

18   document.

19     A    (Reviewing.)  Yep.  I just

20   reviewed it.

21     Q    Do you recognize Exhibit 17?

22     A    Yeah.  It looks like when -- in

23   June, when I was -- when we were -- he

24   was looking at giving John equity.  Looks

25   like I am talking about Twilio rates.

Page 216

1   CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2         "I am not sure how much of this

3   he developed with you or if he even has

4   the ability to replicate it.  I certainly

5   wouldn't give him the world.  It's

6   reasonable if he helped you build it.  He

7   wouldn't want to forfeit that knowledge.

8   I just don't know to extent he did.  Do

9   transfers cost us anything?  We still

10   need it to be profitable.  Hey, Taylor I

11   attached a new contract..."

12         So this seems like a terms of

13   service for John, for TeleDrip's use and

14   looks like we were discussing discounts.

15    Q   Okay.

16         If you look down at the message

17   that was forwarded to you, it was

18   originally from John to Taylor at Nerdy

19   Solutions.  And he writes, "Hey, Taylor,

20   I attached a new contract for review."

21         Do you know if there had been a

22   prior written agreement with Element

23   Netwrx and TeleDrip?

24    A   I don't know.

25    Q   Okay.

Page 217

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2        But at this time in June of

3    2017, Element Netwrx had already been a

4    client of TeleDrip, correct?

5    A    Correct.

6        MR. WEBB:  Objection to form.

7        THE WITNESS:  Yeah.  I mean,

8    if you could -- if that -- I mean,

9    he was certainly running when I

10    came on board.  I am still

11    confused about the original

12    partnership paperwork with him on

13    it in March.

14        But, yeah, he was certainly

15    running with us when we came on

16    because that was -- that was the

17    only person that was using the

18    software.

19    BY MS. MOSER:

20    Q    And in your e-mail, do you know

21    if Mr. Murray ever responded to your

22    question about how much of the TeleDrip

23    platform Mr. Budd built?

24        MR. WEBB:  Objection as to

25    form.

Page 218

1   CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2       THE WITNESS:  I do not know.

3    I am not sure.

4   BY MS. MOSER:

5     Q   Do you know if the final

6   agreement with Element Netwrx included an

7   extension for -- that would allow Mr.

8   Budd to use his knowledge in the future?

9       MR. WEBB:  Objection as to

10      form.

11      THE WITNESS:  No, so we -- so

12      I wasn't aware that John had

13      already apparently had equity on

14      the partner agreement, if that's

15      what that means.

16        So when Taylor wanted to give

17      John equity later on, we did,

18      like, a partner -- you know, a

19      sale of equity, an NDA.  I don't

20      know if that was executed but

21      that's what I believe we were

22      trying to -- or my concern was

23      that, you know, John was helping

24      us build this platform and helping

25      us develop it, but then, you know,

Page 219

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2        is he going to go off and start a

3        new platform?  Like, I didn't

4        know.

5            So that's why I was looking

6        for an NDA for when Taylor was

7        giving him the equity.  But I am

8        not sure if this was addressed in

9        this specific response from Taylor

10        a couple of years ago, three years

11        ago now.

12    BY MS. MOSER:

13      Q    Okay.

14            If you look at in Mr. Budd's

15    e-mail he writes, "For the efforts put in

16    and continued efforts we will put in, I

17    would like to completely remove the

18    transfer rate and lock in proposed

19    telephony rates for 12 months."

20            Do you know what he was

21    referring to there about the efforts put

22    in, and "continued efforts we will put

23    in"?

24      A    In my knowledge that was the

25    sort of, you know, he was testing the

Page 220

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2    platform and giving us feedback.  So, you

3    know, like, really using it at scale with

4    his --  his data so we could, you know,

5    really test out if this thing worked or

6    not.

7         So that's, you know, at that

8    time that's what my impression was of

9    John's sort of ability to contribute to

10    the development of TeleDrip was in the

11    feedback loop from him being the only

12    customer.

13    Q    Okay.

14         Do you know if there came a time

15    when Mr. Budd left the TeleDrip LLC?

16         MR. WEBB:  Objection as to

17    form.

18         THE WITNESS:  Yeah.  I

19    believe Taylor said, you know,

20    when we -- after I had left, you

21    know, there was some contention

22    between myself and the TeleDrip

23    team on how much I was selling my

24    equity for and not to talk to John

25    about how much I was going to sell

1   CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2   my equity for because they were

3   negotiating with John for his

4   equity.

5     And then apparently, they

6   purchased his equity guess some

7   time after September of last year.

8   BY MS. MOSER:

9    Q   Were you still officially a

10   member of TeleDrip at that time?

11    A   So when I left on

12   September 27th, I pretty much got, like,

13   my e-mail deleted, my Slack deleted. I

14   was cut -- you know, Taylor and Ray came

15   to my house to get my laptop. So I was

16   pretty much cut off from the company and

17   was not receiving -- I haven't received

18   any distributions and I still retain the

19   equity but I haven't been -- you know, we

20   have asked for documents that we haven't

21   received.

22     And there's been no

23   communication with the TeleDrip team at

24   all since I really left, after we were

25   negotiating for the sale of my equity and

Page 222

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2    then once this lawsuit occurred, they

3    pretty much, like, we haven't been in

4    contact.

5        MR. WEBB:  I am going to

6        object and move to strike that

7        testimony.  It's unresponsive and

8        irrelevant.

9        MS. MOSER:  Well, it is

10       relevant to this point and Mr.

11       Webb, what is TeleDrip's position

12       on Mr. Moreira's ability to see

13       documents, official TeleDrip

14       documents that were created after

15       September 27, 2019?  Can we show

16       them to him?

17       MR. WEBB:  I suppose it would

18       depend on what the document is.

19       MS. MOSER:  It's the Budd

20       membership interest purchase and

21       sale agreement.

22       MR. WEBB:  I would say that

23       that is not relevant to any claim

24       in this case and that isn't

25       properly designated as "Attorneys'

Page 223

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2    Eyes Only."

3        MS. MOSER:  You are aware of

4    our allegation that Mr. Budd

5    received remuneration for, among

6    other things, providing TeleDrip

7    with confidential information of

8    Drips, which is one of the

9    allegations that is underlying

10    this lawsuit, correct?

11        MR. WEBB:  I understand that

12    allegation but I have heard a lot

13    of testimony today that is

14    inaccurate as to his role in the

15    company and why he was given

16    equity.  And so no, I am going to

17    stand by that designation.

18        You realize there's an

19    ongoing share redemption dispute,

20    and we are not litigating that in

21    this case.  And for you to

22    introduce that document is nothing

23    more than just to try to litigate

24    those issues.

25        MS. MOSER:  I guess we will

Page 224

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2    have to address that with the

3    Court.

4    BY MS. MOSER:

5        Q    Mr. Moreira, with respect to

6    your knowledge of TeleDrip negotiations

7    with Mr. Budd, to the best of your

8    knowledge, when did those negotiations

9    begin?

10        MR. WEBB:  Objection as to

11        form.

12        THE WITNESS:  When I had left

13        TeleDrip, I received information

14        from -- Ray Hernandez that they

15        were negotiating TeleDrip's sale

16        of Budd's equity.

17    BY MS. MOSER:

18        Q    Do you know why Budd wanted to

19    leave?

20        MR. WEBB:  Objection as to

21        form.

22        THE WITNESS:  I do not.

23    BY MS. MOSER:

24        Q    Were you told anything about why

25    he was looking to cash in his equity?

Page 225

1   CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2      MR. WEBB: Objection as to

3    form and specifically hearsay.

4      THE WITNESS: No, I actually

5    wasn't because when I was -- I was

6    looking to sell and then

7    apparently that -- he was looking

8    to sell at the same time. So I

9    wasn't told, like, why he wanted

10    to exit or, like, what the

11    catalyst of that was.

12   BY MS. MOSER:

13     Q   Do you know what percentage

14   equity you held at that time versus Mr.

15   Budd?

16     A   So I have -- I still have

17   15 percent equity and Mr. Budd I believe

18   holded [sic] 10 percent equity.

19     Q   Okay.

20      (Whereupon a Discussion is

21    Held Off the Record.)

22   BY MS. MOSER:

23     Q   Do you know if Element Netwrx

24   did end up receiving favorable pricing

25   from TeleDrip?

Page 226

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2         MR. WEBB:  Objection as to

3      form.

4         THE WITNESS:  I don't know.

5      I know I received a text, that I

6      still have, that basically said

7      not to talk to Budd about my

8      equity sale so that he could

9      receive you -- you know, they

10      didn't want him to know what they

11      were offering him so they could

12      offer him something else and to

13      not interfere in that regard.

14    BY MS. MOSER:

15      Q    What were they offering you at

16    that time?

17      A    A hundred thousand dollars.

18      Q    Is it -- do you have an

19    impression as to whether there was any

20    kind of disagreement between Mr. Budd and

21    Mr. Murray --

22         MR. WEBB:  Objection as to

23      form.

24    BY MS. MOSER:

25      Q    -- at that time?

1    CHRIS MOREIRA - ATTORNEYS' EYES ONLY

2       A   At that time I feel like they

3    were negotiating what John felt like that

4    I was worth.  But I am not sure -- I

5    wasn't too privy on to those

6    negotiations.  I just know that they were

7    offering him -- I was told much lower

8    than I was being offered and that was the

9    reason I shouldn't discuss it with him.

10      Q   Okay.

11         MR. WEBB:  Move to strike

12      that hearsay.

13   BY MS. MOSER:

14      Q   Earlier we discussed the

15   TeleDrip clients from whom TeleDrip

16   received Drips' scripts.  And an

17   objection was made that that was

18   "Attorneys' Eyes Only" information.

19         Could you list for us the

20   TeleDrip clients who provided Drips -- or

21   TeleDrip with Drips' scripts --

22         MR. WEBB:  Objection as to

23      form.

24   BY MS. MOSER:

25      Q   -- that you recall?