# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Drips Holdings, LLC, | ) | CASE NO.:  5:19CV2789 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| Teledrip, LLC, et al., | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |

Consistent with the parties' protective order, Document 113-1 is hereby ordered SEALED.

IT IS SO ORDERED.


DATED: August 20, 2021          /s/  *John R. Adams*
                                JUDGE JOHN R. ADAMS
                                UNITED STATES DISTRICT COURT