## UNITED STATES DISTRICT
## COURT NORTHERN DISTRICT
## OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| DRIPS HOLDINGS, LLC, | ) | CASE NO. 5:19-cv-02789 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| TELEDRIP, LLC, et al, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

On December 7, 2021, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 124) recommending the denial of Plaintiff's ("Drips") motion for leave to amend its complaint (Doc. 109).

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days of service. No objections have been filed. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs*., 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. Drips' motion for leave to amend its complaint is DENIED.

Dated: January 3, 2022                                    _/s/ John R. Adams_
                                                     JUDGE JOHN R. ADAMS
                                                     UNITED STATES DISTRICT JUDGE